74 A.3d 118

**CHESTER COMMUNITY CHARTER SCHOOL, Petitioner**

v.

**Daniel HARDY, On Behalf of Philadelphia Newspaper, LLC d/b/a The Philadelphia Inquirer, Respondents.**

Supreme Court of Pennsylvania.

Aug. 28, 2013.

## ' *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue as framed by Petitioner:

> Does the Right–to–Know Law preclude a local agency from arguing on appeal to the Office of Open Records and to subsequent courts the bases for denying access to a requested record that were not specifically cited in the agency's initial denial of the request for access?

The Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Levy v. Senate of Pennsylvania,* 619 Pa. 586, 65 A.3d 361 (2013); *see Chester Cmty. Charter Sch. v. Hardy,* 38 A.3d 1079, 1087 (Pa.Cmwlth.2012) ("Some of the records sought by Requester may reach beyond the governmental function performed by Management, but Charter School failed to so specify them in its written March 9, 2009, response."), without prejudice to Petitioner's ability to raise its other issues in a timely request for discretionary review following the Commonwealth Court's disposition on remand.